**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOHN MACIAS,

                Plaintiff(s),

           -against-

GLASS MOUNTAIN CAPITAL, LLC; and
JOHN DOES 1-25,

             Defendant(s).

Civil Case No.: 7:17-cv-09243 VB

CIVIL ACTION

**NOTICE OF SETTLEMENT**

      Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: April 12, 2018

                                      */s/ Joseph K. Jones*
                                        Joseph K. Jones, Esq.
                                        JONES, WOLF & KAPASI, LLC
                                        One Grand Central Place
                                        60 East 42nd Street, 46th Floor
                                        New York, NY 10017
                                        (646) 459-7971 telephone
                                        (646) 459-7973 facsimile
                                        jkj@legaljones.com

                                        *Attorneys for Plaintiff*